# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| **Dmytro BREZDEN** | ) Case No. 8:20-MJ-24 (GLF) |
| | ) |
| **Defendants** | ) |

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
JAN 1 3 2020
AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 10, 2020, in the county of Franklin in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | Possession with intent to distribute 100 kilograms or more of marijuana |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*
BPA/TFO Tyler W. Shaver
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 13, 2020

_____
*Judge's signature*

City and State: Plattsburgh, New York    Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

On January 10, 2020, New York State Police (NYSP) performed a traffic stop on a white 2019 Chevy Express van, license plate GSP-7455 registered to PV Holding Corporation, driving southbound on State Route 30 in Harrietstown, New York. The Chevy Express van, operated by Dmytro BREZDEN (DOB: 02/13/1963), was stopped for failing to yield at a stop sign. BREZDEN stated he was traveling to the JFK airport from the Akwesasne Mohawk Indian Reservation (AMIR) where he looked at a fishing boat. BREZDEN later stated he traveled from Albany, NY to the AMIR and was currently in route to New Jersey to look at a boat before boarding his flight at the JFK airport. BREZDEN then reached for his cellphone while telling NYSP that he was lost, and proceeded to enter Bronx, NY into his GPS, though most recently he stated he was traveling to New Jersey. When BREZDEN was questioned as to why he was entering this location into his phone, he stated "it's all in the same direction". BREZDEN was then asked why he rented such a large vehicle if he were to be traveling by himself and responded it was the only vehicle available to rent at the Albany airport. Due to the inconsistent stories of travel, activities while in the Albany area, and unreasonable responses provided by BREZDEN, NYSP asked for consent to search the vehicle, which BREZDEN granted consent. While searching the vehicle, NYSP noticed large black bags (eight in total) in the back of the van and asked BREZDEN what their contents were. BREZDEN responded "I don't know". NYSP noticed one bag slightly open and observed a large amount of clear vacuumed sealed bags containing a green leafy substance consistent with the properties of marijuana. BREZDEN and the marijuana were turned over to Homeland Security Investigations (HSI). A Border Patrol Agent (BPA)/Task Force Officer (TFO) along with HSI Special Agent (SA) performed a field test on the substance which tested positive for marijuana and the eight bags contents totaled approximately 315 pounds. That quantity of marijuana is indicative of distribution.